```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>Daniel P. Glembocki Jr.,<br><br>           Defendant | No. CV 11-06743<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Daniel P. Glembocki Jr., in the principal amount of $8,768.35 plus interest accrued to August 11, 2011, in the sum of $1,208.32; with interest accruing thereafter at the daily rate of $1.92 until entry of judgment, for a total amount of **$9,976.67**.

DATED: 9/20/2011            By:       Terry Nafisi
                                                  Clerk of the Court

                                                             A. Martinez
                                                            Deputy Clerk
                                        United States District Court